

**SO ORDERED,**

Judge Jason D. Woodard

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                    CHAPTER 13 CASE NO.:

MICHAEL W. MONAGHAN, JR.              20-12239-JDW

## ORDER APPROVING APPLICATION
## FOR EMPLOYMENT OF PROFESSIONAL PERSON (DKT. #74)

THIS MATTER came before the Court on the Application for Employment of Professional Person (Dkt. #74) (the "Application") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") after notice and an opportunity for hearing. No responses or objections were filed to the Application and the Trustee requests entry of an order approving the Application.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1.      The Application shall be and is hereby approved.

2.      The employment of James H. Wettermark and the law firm of Wettermark Keith, LLC as set forth in the Application shall be and is hereby approved.

3.     The compensation and reimbursement of expenses for James H. Wettermark and the law firm of Wettermark Keith, LLC shall be fixed by further order of this Court following proper application for same.  *This matter may not be settled, nor attorneys' fees paid, without prior approval by this Court through proper application at the appropriate time.*     (JDW)


##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEY FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com

_____