UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Michael W. Monaghan, Jr.                    CHAPTER 7
       DEBTOR                                  CASE NO.  20-12239-JDW

## MOTION FOR APPROVAL OF
## EMPLOYMENT OF ATTORNEY

COMES NOW the undersigned Trustee, Jeffrey A. Levingston, and files this
Motion with the Court for approval of the employment of Merkel & Cocke, P.A., of
Clarksdale, Mississippi, by and through John H. Cocke and Zachary I. Flowers, to
represent him in the pursuit, litigation and/or settlement of a pre-petition claim arising out
of the Debtor, Michael W. Monaghan, Jr.'s personal injury matter, and in support thereof
states as follows:

1. The above Debtor, Michael W. Monaghan, Jr., initially retained the law firm of
Wettermark Keith, LLC, of Birmingham, Alabama, by and through James H.
Wettermark, to investigate and pursue any claim for damages against Illinois Central
Railroad Company relative to injuries received by the Debtor on or about August 6, 2019.
Said claim is the property of the bankruptcy estate to be administered by the undersigned
Trustee.

2. During the course of the Debtor's Chapter 13 proceeding, the said James H.
Wettermark was employed as special counsel for the Trustee pursuant to Order entered
April 12, 2021 [DKT#79].

1

3.  The said James H. Wettermark has determined that pursuit of this matter will be best served through Mississippi state court litigation, and therefore, desires to associate the law firm of Merkel & Cocke, P.A., of Clarksdale, Mississippi, by and through John H. Cocke and Zachary I Flowers, relative to the filing of pleadings, etc., in Mississippi state court to insure compliance with local practices and procedures.

4.  The case routinely closed as a no-asset case on February 8, 2022, under the trusteeship of the undersigned, and has now been reopened for asset administration per Order entered April 13, 2022 [DKT#127], and the undersigned was duly appointed as Trustee on April 15, 2022, and assigned the case.

5.  The Trustee desires to employ Merkel & Cocke, P.A., of Clarksdale, Mississippi, by and through John H. Cocke and Zachary I. Flowers, as associate counsel for the special purpose in this proceeding to represent him in his capacity as Trustee of the above Debtor's bankruptcy estate regarding the above described claim/litigation. Said attorneys agree to perform legal services involving the Debtor's claim in return for compensation of a contingent interest, as well as reimbursement of expenses, upon the following terms and conditions:

Contingency Based Fees:  The retainer agreement with Wettermark Keith, LLC, which was approved by the Court upon the employment of James H. Wettermark, proposes an attorney fee of twenty-five percent (25%) of the gross amount to be recovered under settlement before trial, and an attorney fee equal to thirty-three and one-third percent (33-1/3%) of recovery if formal complaint is filed in the case.  Merkel & Cocke, LLC, has agreed to split the proposed attorney fee on an 85/15% basis if the case is settled before trial and an 80/20% basis if the case goes to trial, with the said Merkel &

Cocke, LLC, to receive the 15% and/or 20%. The attorneys propose continued employment for the Trustee on the above contingency fee basis with such limitation on the fee as described below.

Reimbursement of Expenses: Contingent upon a recovery, Merkel & Cocke, LLC, would also be entitled to reimbursement of any reasonable and necessary expenses for pursuit of the claim upon the presentation of an itemization of specific expenses incurred.

Limits on Fees and Expenses: Said attorneys agree to such reduction of the contingency fee as necessary to ensure that the full attorney fee, plus expenses, does not total more than fifty percent (50%) of the gross amount recovered.

Any and all monies recovered as a result of the claim of Debtor will be delivered to and will be disbursed by the Chapter 7 Trustee pursuant to further order of this Court. The attorneys agree to provide reports to the Chapter 7 Trustee as to the status of the matter as requested.

6. Merkel & Cocke, P.A., of Clarksdale, Mississippi, by and through John H. Cocke and Zachary I. Flowers, represents no interest adverse to the Debtor, the Trustee, the US Trustee or the Estate with respect to matters upon which said law firm is to be engaged, and the employment of said attorneys would be in the best interest of this bankruptcy estate. To the best of their knowledge, said counsel have no connection with the creditors herein or any other party in interest or their respective attorneys which would interfere with or hinder the faithful performances of their duties as attorneys for the Trustee. The Affidavits of John H. Cocke and Zachary I, Flowers are attached hereto as Collective Exhibit "A".

WHEREFORE, the undersigned Trustee prays that an order be entered herein authorizing him to specially employ Merkel & Cocke, P.A., of Clarksdale, Mississippi, by and through John H. Cocke and Zachary I. Flowers, as attorneys for him in his capacity as Trustee of this bankruptcy estate.  Movant further prays that he be authorized to pay the said law firm upon separate motion and order of approval of this Court, a contingent fee as set forth hereinabove, plus reasonable and necessary expenses, or a reduction thereof as set forth hereinabove and/or as deemed proper by this Court.

Respectfully submitted, this the  29th  day of April, 2022.


//s//  Jeffrey A. Levingston
Jeffrey A. Levingston, Trustee
MSB #1219
Norquist, Levingston & Bailey, PLLC
PO Box 1327
Cleveland, MS  38732
662/843-2791
jleving@bellsouth.net

## CERTIFICATE OF SERVICE

I, the undersigned, Jeffrey A. Levingston, Trustee, do hereby certify that I have served a true and correct copy of the above and foregoing Motion for Approval of Employment of Attorneys, by either United States mail, postage prepaid, or by electronic transmission to the following:

Michael W. Monaghan, Jr.
4081 Jordan Creek Drive
Hernando, MS  38632

James W. Amos
Attorney for Debtor
2430 Caffey Street
Hernando, MS  38632
jwamosattorney@aol.com

James H. Wettermark
Wettermark Keith LLC
100 Grandview Place, Suite 530
Birmingham, AL  35243
james@wkfirm.com

John H. Cocke
Zachary I. Flowers
Merkel & Cocke, P.A.
Clarksdale, MS  38614
jcocke@merkel-cocke.com

Office of US Trustee
Jackson, MS
Ronald.McAlpin@usdoj.gov
Sammye.S.Tharp@usdoj.gov

This the   29th  day of April, 2022.

//s//   Jeffrey A. Levingston_____
Jeffrey A. Levingston

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Michael W. Monaghan, Jr., Debtor

Case No. 20-12239-JDW
Chapter 13 Proceeding

## AFFIDAVIT OF ATTORNEY

STATE OF _MS_ )
COUNTY _Coahoma_ )

The undersigned, John H. Cocke, with Merkel & Cocke, P.A. being of lawful age, after first being duly sworn and on his oath, states as follows:

THAT he is an attorney licensed to practice in the State of Mississippi and is a Member in Good Standing of the State Bar of Mississippi

THAT he has no interest adverse to the Trustee or the Bankruptcy Estate. To the best of his knowledge, has no connections with the Debtor except as described herein, the creditors or any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee.

THAT he has been hired by the Debtor, Michael W. Monaghan, Jr., and Mr. Monaghan's attorney, James H. Wettermark, who has already been appointed by this Court as a professional person to pursue a claim on behalf of Mr. Monaghan in the Bankruptcy Estate pursuant to the Federal Employer's Liability Act, 49, U.S.C. §51.

THAT, Mr. Monaghan initially hired Mr. Wettermark on a contingency fee contract, and Mr. Wettermark, I, and Mr. Monaghan agree, subject to court approval, that Mr. Wettermark and I will share that fee. As a result, no additional legal fees will be imposed upon the Bankruptcy Estate as a result of my employment in this case.



FURTHER AFFIANT SAYETH NOT.

JOHN H. COCKE

Sworn to and subscribed to on this the ⎯19⎯ day of ⎯January⎯, 2022.

NOTARY PUBLIC

My Commission Expires: ⎯02·09·2024⎯

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 188774
LAUREN W. JOHNSON
Commission Expires
February 9, 2024
COAHOMA COUNTY

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Michael W. Monaghan, Jr., Debtor

Case No. 20-12239-JDW
Chapter 13 Proceeding

### AFFIDAVIT OF ATTORNEY

STATE OF  MS_____  )
COUNTY  coahoma____  )

The undersigned, Zachary I. Flowers, with Merkel & Cocke, P.A. being of lawful age,
after first being duly sworn and on his oath, states as follows:

THAT he is an attorney licensed to practice in the State of Mississippi and is a Member
in Good Standing of the State Bar of Mississippi

THAT he has no interest adverse to the Trustee or the Bankruptcy Estate. To the best of
his knowledge, has no connections with the Debtor except as described herein, the creditors or any
other party-in-interest, their respective attorneys and accountants, the United States Trustee or any
person employed in the office of the United States Trustee.

THAT he has been hired by the Debtor, Michael W. Monaghan, Jr., and Mr. Monaghan's
attorney, James H. Wettermark, who has already been appointed by this Court as a professional
person to pursue a claim on behalf of Mr. Monaghan in the Bankruptcy Estate pursuant to the
Federal Employer's Liability Act, 49, U.S.C. §51.

THAT, Mr. Monaghan initially hired Mr. Wettermark on a contingency fee contract, and
Mr. Wettermark, I, and Mr. Monaghan agree, subject to court approval, that Mr. Wettermark and
I will share that fee. As a result, no additional legal fees will be imposed upon the Bankruptcy
Estate as a result of my employment in this case.

FURTHER AFFIANT SAYETH NOT.



ZACHARY I. FLOWERS

Sworn to and subscribed to on this the 19 day of January, 2022.

NOTARY PUBLIC

My Commission Expires: 02·09·2024

2