**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: Michael W. Monaghan, Jr., Debtor** | **BK NO. 20-12239-JDW** |
| | **CHAPTER 7 CASE** |

**DEBTOR'S RESPONSE TO MOTION TO GRANT RELIEF FROM AUTOMATIC STAY AND FOR OTHER RELIEF**

COMES NOW, Debtor, Michael W. Monaghan, Jr., by and through his attorney, James W. Amos, and by way of response to the motion to grant relief from automatic stay and for other relief filed by Carrington Mortgage Services, LLC, would say as follows:

1. Debtor admits the allegations contained in paragraph 1 of the motion.

2. Debtor admits the allegations contained in paragraph 2 of the motion.

3. Debtor admits the allegations contained in paragraph 3 of the motion.

4. Debtor denies the allegations contained in paragraph 4 of the motion.

5. Debtor denies the allegations contained in paragraph 5 of the motion.

NOW, having fully responded to the motion of Carrington Mortgage Services, LLC to grant relief from automatic stay and for other filed in the above referenced case, the Debtor prays that the motion be denied.

Respectfully submitted,

/s/ James W. Amos
JAMES W. AMOS  MSB #1559
ATTORNEY FOR DEBTOR
2430 CAFFEY ST.
HERNANDO, MS  38632
PHONE # (662) 429-7873

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of February, 2023, a copy of the foregoing electronically filed Response was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Jeffrey A. Livingston
Chapter 7 Trustee
levin@bellsouth.net

Office of the US Trustee
USTPRegion05.AB.ECF@usdoj.gov

Michael W. Monaghan
4081 Jordan Creek Drive
Hernando, MS 38632

Carrington Mortgage Services, LLC
c/o Eric Miller, Esq.
logsecf@logs.com

Dated this 14th day of February, 2023.

/s/ James W. Amos
JAMES W. AMOS