SO ORDERED,



Judge Jason D. Woodard

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  MICHAEL W. MONAGHAN, JR. A/K/A              CHAPTER 7 PROCEEDING
MICHAEL W MONAGHAN A/K/A MICHAEL
MONAGHAN, DEBTOR

CASE NO. 20-12239-JDW

ORDER OF WITHDRAWAL
DOCKET NO. 159

THERE CAME ON FOR HEARING on Movant's Motion for Withdrawal, and the Court

being fully advised in the premises finds the Motion well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that Carrington Mortgage Services,

LLC be allowed to withdraw its Motion for Relief from Automatic Stay previously filed on

January 26, 2023 herein without prejudice.

**##END OF ORDER##**

AGREED TO:

/s/ Eric Miller
_____

William Savage
Eric Miller
Attorney for Plaintiff

/s/ James W. Amos with Express Permission
_____
James W. Amos, Attorney for Debtor
/s/ Jeffrey A. Levingston with Express
Permission
_____
Jeffrey A. Levingston, Trustee

Presented by:
William Savage #105785
Eric Miller #102327
Amanda Traxler #102218
LOGS LEGAL GROUP LLP
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 20-12239-JDW