___

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  MICHAEL W. MONAGHAN, JR., DEBTOR          CHAPTER 7 PROCEEDING
                                                  CASE NO. 20-12239-JDW

ORDER GRANTING RELIEF FROM AUTOMATIC STAY
DOCKET NO. 167

THIS CAUSE came on for consideration on the motion to lift automatic stay filed by Carrington Mortgage Services, LLC, and the Court rules as follows:

IT IS ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C. 362 be modified to allow Carrington Mortgage Services, LLC to pursue all remedies available to it under the applicable state law against Debtor's property described as follows:

Lot 1, Jordan Creek Estates, situated in Section 29, Township 3 South, Range 6 West, DeSoto County, Mississippi, as per plat thereof recorded in Plat Book 85, Pages 1-2, Chancery Clerk's Office, DeSoto County, Mississippi.

and being subject to that Deed of Trust recorded in the office of the DeSoto County Chancery Clerk's office in Book 3,644 at Page 183 and re-recorded in Book 3,650 at Page 357.  Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and

Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent Debtor conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b).

**##END OF ORDER##**

Presented by:
William Savage #105785
Eric Miller #102327
Amanda Traxler #102218
LOGS LEGAL GROUP LLP
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 20-12239-JDW