CM/ECF statrept
(Rev. 11/06/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re: Michael W. Monaghan, Jr.<br>Debtor(s) | Case No.: 20–12239–JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

## REQUEST FOR STATUS REPORT

Pursuant to monitoring performed by the staff of the Clerk of this Court, notice is hereby provided to the TRUSTEE:

The Clerk has not yet received either a Report of No Distribution, a Report of Distribution, or a Final Report and Accounting.

Please provide the applicable report or a report as to the status of the above referenced case.

Dated: 8/23/24

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CLD
Deputy Clerk