CM/ECF statrept
(Rev. 11/06/20)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re:  Michael W. Monaghan, Jr. | ) | Case No.: 20−12239−JDW |
| Debtor(s) | ) | Chapter: 7 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

### REQUEST FOR STATUS REPORT

   Pursuant to monitoring performed by the staff of the Clerk of this Court, notice is hereby provided to the TRUSTEE:

   The Clerk has not yet received either a Report of No Distribution, a Report of Distribution, or a Final Report and Accounting.

   Please provide the applicable report or a report as to the status of the above referenced case.


Dated: 8/23/24

                              Shallanda J. Clay
                              Clerk, U.S. Bankruptcy Court

                         BY: CLD
                              Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-12239-JDW |
| Michael W. Monaghan, Jr. | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Aug 23, 2024 | Form ID: statrept | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + John H. Cocke, Merkel and Cocke, Post Office Box 1388, Clarksdale, MS 38614-1388 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com |
| Eric C Miller | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust F logsecf@logs.com |
| James W. Amos | on behalf of Debtor Michael W. Monaghan Jr. jwamosattorney@aol.com, jwamosattorney@gmail.com;w.jr69144@notify.bestcase.com |
| Jeffrey A. Levingston | on behalf of Trustee Jeffrey A. Levingston jleving@bellsouth.net MS01@ECFCBIS.com |
| Jeffrey A. Levingston | jleving@bellsouth.net MS01@ECFCBIS.com |
| Olivia Spencer | |

District/off: 0537-1 | User: autodocke | Page 2 of 2
Date Rcvd: Aug 23, 2024 | Form ID: statrept | Total Noticed: 1

on behalf of Creditor Ameris Bank fka Fidelity Bank spencer@kingandspencer.net

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

Zachary Flowers

on behalf of Trustee Jeffrey A. Levingston zflowers@merkel-cocke.com

TOTAL: 8