___

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **Michael W. Monaghan, Jr.**                               **CASE NO. 20-12239-JDW**

    **DEBTOR.**                                                            **CHAPTER 7**

**ORDER SCHEDULING STATUS HEARING ON CHAPTER 7 CASE**

    It is hereby **ORDERED, ADJUDGED, AND DECREED** that a Status Hearing on this Chapter 7 Case is **SCHEDULED** for **October 15, 2024, at 10:30 a.m., at the Oxford Federal Building, 911 Jackson Avenue, Oxford, Mississippi.** The Chapter 7 Trustee is directed to attend this hearing.

##END OF ORDER##