# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re: Michael W. Monaghan, Jr.　　　) <br> 　　　Debtor(s)　　　　　　　　　　　) <br> 　　　　　　　　　　　　　　　　　　) <br> 　　　　　　　　　　　　　　　　　　) <br> 　　　　　　　　　　　　　　　　　　) | Case No.: 20−12239−JDW <br> Chapter: 7 <br> Judge: Jason D. Woodard |

## **REQUEST FOR STATUS REPORT**

　　Pursuant to monitoring performed by the staff of the Clerk of this Court, notice is hereby provided to the TRUSTEE:

　　The Clerk has not yet received either a Report of No Distribution, a Report of Distribution, or a Final Report and Accounting.

　　Please provide the applicable report or a report as to the status of the above referenced case.


Dated: 8/28/25

　　　　　　　　　　　　　　　　　　　　　　Shallanda J. Clay
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　BY: CLD
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk